# Order

**Michigan Supreme Court
Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130969

EDDIE B. ALLEN,
      Plaintiff-Appellant,

v

DAIMLERCHRYSLER CORPORATION,
DAIMLERCHRYSLER MOTORS
CORPORATION, and DAIMLERCHRYSLER
SERVICES NORTH AMERICA, L.L.C.,
      Defendants-Appellees.

SC: 130969
COA: 265427
Oakland CC: 03-049686-NZ

_____/

      On order of the Court, the application for leave to appeal the March 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006                             _____

d0724                                            Clerk